*FILED*
*CLERK, U.S. DISTRICT COURT*
*OCT 6 2008*
*CENTRAL DISTRICT OF CALIFORNIA*
*EASTERN DIVISION  BY DEPUTY*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL J'ERONN,<br><br>          Petitioner,<br><br>    vs.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, ET AL.<br><br>          Defendants. | Case No. CV 07-5329-PSG (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

///

IT IS ORDERED that Judgment be entered (1) approving and adopting this Report and Recommendation; (2) granting Defendants' Motion to Dismiss for failure to exhaust administrative remedies; and (3) directing that Judgment be entered dismissing this action without prejudice.

DATED: 9/25/08

HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge