FILED
CLERK, U.S. DISTRICT COURT

OCT 6 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION / BY DEPUTY

JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL J'ERONN, | Case No. CV 07-5329-PSG (OP) |
| Petitioner, | JUDGMENT |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL., | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered (1) approving and adopting this Report and Recommendation; (2) granting Defendants' Motion to Dismiss for failure to exhaust administrative remedies; and (3) directing that Judgment be entered dismissing this action without prejudice.

DATED: 9/29/08

HONORABLE PHILIP S. GUTIERREZ
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge